UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Mediplex of Massachusetts, Inc.,

    Plaintiff

VS.

Park, Marion and Vernon Streets Operating Company, LLC,

    Defendant

CIVIL ACTION NO.



## CORPORATE DISCLOSURE STATEMENT

Pursuant to United States District Court Local Rule 7.3, Defendant, Park Marion and Vernon Streets Operating Company, LLC, hereby states that Park Marion and Vernon Streets Operating Company, LLC is a subsidiary of THCI Company LLC.

Respectfully submitted,

Park, Marion and Vernon Streets Operating Company, LLC

By its Attorneys

Vincent J. Pisegna  BBO #400560
Anthony J. Cichello  BBO #562826
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 482-7211

Dated: May 6, 2004

## CERTIFICATE OF SERVICE

I, Anthony J. Cichello, hereby certify that on May 6, 2004, I served the foregoing document via first class mail, postage prepaid upon Richard P. O'Neil, Bodoff & Slavitt LLP, 225 Friend Street, Boston, MA 02114.

/Anthony J. Cichello

2019\0004\139218.1