# KROKIDAS & BLUESTEIN
## ATTORNEYS

RICHARD M. BLUESTEIN
MARIA J. KROKIDAS
SAMUEL NAGLER
JANET STECKEL LUNDBERG
ROBERT J. GRIFFIN
VINCENT J. PISEGNA
PAUL V. HOLTZMAN
ANTHONY J. CICHELLO
JENNIFER GALLOP
ELKA T. SACHS

600 ATLANTIC AVENUE
BOSTON, MASSACHUSETTS 02210
PHONE 617-482-7211 • FAX 617-482-7212

HUGH DUN RAPPAPORT
JULIE A. HERBST
EMILY R. DAUGHTERS

ELIZABETH C. ROSS
LINDA R. BOSSE
BARBARA S. PARKER
OF COUNSEL

May 13, 2004

**Via Hand Delivery**

Clerk, Civil
United States District Court for the
District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   **Mediplex of Massachusetts v. Park, Marion and Vernon Streets Operating Company, LLC**

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1446, Rule 81.1, please find enclosed for filing in the above-referenced matter:

1. Certified copy of all records and proceedings in Suffolk Superior Court
2. Certified copy of all records and proceedings in Norfolk Superior Court

Thank you for your attention to this matter.

Sincerely,

Michelle Soohi Lee
Paralegal

Enclosures

2019\0004\139620.1