UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MEDIPLEX OF MASSACHUSETTS, INC.<br>    Plaintiff,<br><br>v.<br><br>PARK, MARION AND VERNON STREETS<br>OPERATING COMPANY, LLC,<br>    Defendant. | Case No. 04-10903-RCL |

## CORPORATE DISCLOSURE STATEMENT

Sun Healthcare Group, Inc. is the parent, directly or indirectly, of Mediplex of Massachusetts, Inc., neither of which are publicly traded. Sun Healthcare Group, Inc. has no parent company, itself, and is a publicly traded corporation.

                      MEDIPLEX OF MASSACHUSETTS, INC.

                      By its attorneys,

                      */s/ Richard P. O'Neil*
                      Richard P. O'Neil (645214)
                      Bodoff & Slavitt LLP
                      225 Friend Street
                      Boston, MA 02114
                      (617) 742-7300

Dated: July 15, 2004

## CERTIFICATE OF SERVICE

    I, Richard P. O'Neil hereby certify that on July 15, 2004 I served a copy of plaintiff's corporate disclosure statement by forwarding a copy of same by first-class mail to Anthony J. Cichello, Esq., Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210.

*/s/ Richard P. O'Neil*

{00008584.1}                                2