
**Bodoff & Slavitt** LLP
ATTORNEYS AT LAW

225 Friend Street
Boston, MA 02114-1812

617.742.7300
617.742.9969 *fax*
www.bodoffslavitt.com

July 28, 2004

**BY HAND DELIVERY**

Hon. Reginald C. Lindsay
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   <u>Mediplex of Massachusetts, Inc. v. Park, Marion and Vernon Streets
      Operating Company, LLC</u>
      Case No. 04-10903-RCL

Dear Judge Lindsay:

This firm represents the Plaintiff, Mediplex of Massachusetts, Inc. in the above matter. The purpose of this letter is to advise the Court that the parties have entered into a settlement agreement pursuant to which the complaint and counterclaims in this litigation are to be dismissed with prejudice upon the making of a certain payment that is required to be made on or before August 2, 2004. As part of the parties' agreement, they jointly request that the Court stay all activity in this litigation through and including August 10, 2004, at which time the parties expect to file a notice of dismissal with prejudice.

Sincerely yours,

*Richard P. O'Neil*

Richard P. O'Neil

cc:   Anthony J. Cichello, Esq.