UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MEDIPLEX OF MASSACHUSETTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>PARK, MARION AND VERNON STREETS OPERATING COMPANY, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 04-10903-RCL<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby stipulate and agree that all claims and counterclaims in the above matter shall be dismissed with prejudice, with each party to bear its own costs.

| MEDIPLEX OF MASSACHUSETTS, INC.<br>By its attorneys, | PARK, MARION AND VERNON STREETS OPERATING CO., LLC<br>By its attorneys, |
|---|---|
| *Richard P. O'Neil*<br>Joseph S.U. Bodoff<br>Richard P. O'Neil<br>Bodoff & Slavitt LLP<br>225 Friend Street<br>Boston, MA 02114<br>(617) 742-7300 | *Anthony J. Cichello (by RPO)*<br>Anthony J. Cichello, Esq.<br>Krokidas & Bluestein<br>141 Tremont Street<br>Boston, MA 02111<br>(617) 482-7211 |

Dated: August 18, 2004

{00009027.1}